O

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS P. VITRANO, | Case No. EDCV 14-2561 JGB (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| D. WONG, et al., | |
| Defendants. | |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 26, 2016

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE